IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EUGENE SCALIA,**<br>**SECRETARY OF LABOR,**<br>**UNITED STATES DEPARTMENT**<br>**OF LABOR,**<br>　　　　　　　*Plaintiff*,<br>　v.<br>**VASQUEZ DRYWALL, LLC** and<br>**MANUEL VASQUEZ, an individual,**<br>　　　　　　　*Defendants*. | Case No. 4:19-cv-3104<br><br>**COMPLAINT** |

## COMPLAINT

Plaintiff, Eugene Scalia, Secretary of Labor of the United States Department of Labor, brings this action pursuant to Section 17 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201, *et seq*.), (hereinafter, the "Act"), to enjoin Defendants from their continued violations of Sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act, including the imposition of a restraint on Defendants precluding the withholding of any payment of overtime compensation found by the Court to be due under the Act; and to recover unpaid overtime compensation owed by Defendants to their employees, together with an additional equal amount to be recovered as liquidated damages, pursuant to Section 16(c) of the Act.

### INTRODUCTION

1. Throughout the statutory period, Defendants Vasquez Drywall, LLC ("Vasquez Drywall") and Manuel Vasquez ("Vasquez") (collectively "Defendants") willfully failed to comply with the provisions of the Act by knowingly withholding hundreds of thousands of dollars in overtime compensation due to certain non-exempt employees and failing to make, keep, and preserve employee time records, which included overtime hours.

1

## DEFENDANTS

2. Defendant Vasquez Drywall is a limited liability company organized under the laws of the State of Nebraska, with its principal office and place of business at 12166 Magnum Circle, Suite 3, Lincoln, Nebraska. Defendant Vasquez Drywall is a construction company that specializes in commercial drywall.

3. At all times relevant herein, Defendant Vasquez Drywall has been an "employer" within the meaning of Section 3(d) of the Act, 29 U.S.C. § 203(d).

4. Defendant Manuel Vasquez, an individual, is the owner and operator of Defendant Vasquez Drywall. At all times relevant herein, Vasquez has acted, directly or indirectly, in the interests of Defendant Vasquez Drywall with respect to its employees. Specifically, Vasquez has hired and/or fired employees of Defendant Vasquez Drywall, fixed employee wages, and signed employee paychecks. Accordingly, Vasquez is an "employer" within the meaning of Section 3(d) of the Act, 29 U.S.C. § 203(d).

## JURISDICTION AND VENUE

5. Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216(c), 217, as well as by 28 U.S.C. §§ 1331 and 1345.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to these claims occurred within this District.

## COVERAGE

7. The business activities of Defendants were and are related and performed through unified operation and common control for a common business purpose, and have, since December 2014, constituted an enterprise within the meaning of Section 3(r) of the Act, 29 U.S.C. § 203(r).

8. Since December 2014, said enterprise has had employees engaged in commerce or in the production of goods for commerce, including employees transporting, constructing, and otherwise working on materials that have been moved in or produced for commerce by any person; and annual gross volume of sales made or business done of not less than $500,000; and, therefore, was and is an enterprise engaged in commerce within the meaning of Section 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A).

## **FACTUAL ALLEGATIONS**

9. The instant Wage and Hour Division investigation covered the period including July 2, 2015 through June 15, 2018.

10. Throughout the statutory period, Defendants knowingly failed to pay their non-exempt employees overtime wages at a rate of one-and-one-half times their respective straight rates of pay.

11. Instead, Defendants, in an attempt to mask their failure to pay appropriate overtime rates of pay, "third-ed" employee hours.

12. "Third-ing" occurs where an employer falsifies payroll records by reducing overall overtime hours worked by one-third to create the appearance of compliance with the overtime provisions of the Act.

13. Such actions constitute a continuation of actions discovered by the Wage and Hour Division during an earlier investigation of Defendants, which covered the period including December 4, 2014 through July 1, 2015.

14. Defendants also failed to make, keep, and preserve employee time records which included overtime hours.

## VIOLATIONS OF THE ACT

15. Defendants have willfully violated and continue to violate the provisions of Sections 7 and 15(a)(2), 29 U.S.C. §§ 207, 215(a)(2), of the Act by employing certain employees engaged in commerce, or in the handling of goods or materials that have been moved or produced for commerce, for workweeks in excess of forty (40) hours without compensating said employees at a rate not less than one-and-one-half times their respective straight time rates. Specifically, Defendants' overtime violations result from, but are not limited to, the following practices:

    a. Paying employees straight time rates for overtime hours worked in excess of forty (40) hours per week.

16. As "employers" subject to the provisions of the Act, Defendants have violated and continue to violate the provisions of Sections 11(c) and 15(a)(5) of the Act by failing to make, keep, and preserve adequate and accurate records of their employees' wages, hours, and other working conditions and practices of employment, as prescribed by the regulations (29 Code of Federal Regulations Part 516) promulgated pursuant to Section 11(c) of the Act.

17. Specifically, Defendants failed to, among other things, keep timesheets and/or maintain timesheets that included overtime hours worked in excess of forty (40) hours per week by certain non-exempt employees.

18. As a result of the violations of the Act alleged herein, amounts are owed for unpaid overtime compensation to certain employees specifically named in Appendix A (attached hereto) for the statutory time period.

**PRAYER FOR RELIEF**

WHEREFORE, cause having been shown, Plaintiff prays for judgment in favor of Plaintiff and against Defendants as follows:

(a) An injunction, pursuant to Section 17 of the Act, 29 U.S.C. § 217, permanently enjoining Defendants, their officers, agents, servants, employees, successors, parties-in-interest, and those persons in active concert or participation with them who receive actual notice of any such judgment, from prospectively violating the overtime and recordkeeping provisions of the Act;

(b) A judgment, pursuant to Section 16(c) of the Act, 29 U.S.C. § 216, against Defendants for overtime compensation that may be found by the Court to be due under the Act to certain current and former employees of Defendants named in Appendix A, together with an equal additional amount as liquidated damages; and

(c) Such other and further relief as this Court deems just and appropriate.


**Dated: October 15, 2019**

| | |
|---|---|
| **KATE O'SCANNLAIN**<br>Solicitor of Labor<br><br>**CHRISTINE Z. HERI**<br>Regional Solicitor<br><br>**EVERT H. VAN WIJK**<br>Associate Regional Solicitor |   /s/ Boyce N. Richardson<br>**BOYCE N. RICHARDSON**<br>Attorney (Mo. Bar No. 62509)<br><br>OFFICE OF THE SOLICITOR<br>U.S. DEPARTMENT OF LABOR<br>2300 Main Street \| Suite 1020<br>Kansas City, MO 64108<br>(816) 285-7260<br>(816) 285-7287 (fax)<br>Richardson.Boyce.N@dol.gov<br><br>Attorneys for the **Secretary**<br>Wage and Hour Division, United States Department of Labor |

# APPENDIX A

| | |
|---|---|
| 1. Acevedo, Adrian | 23. Castellanos, David |
| 2. Aguilera-Garcia, Jonathan F | 24. Cebalos, William |
| 3. Aguirre, Brandon Jefte | 25. Cervantes, Julio Cesar |
| 4. Alvada-Castillo, Marcos | 26. Cervantes, Luis Enrique |
| 5. Alvarado, Marcos | 27. Chivalan-Tum, Pablo |
| 6. Alvarado, Maria Magdelena | 28. Cruz-Sanchez, Andres |
| 7. Anguamede, Emilio | 29. de Leon, Feliciano |
| 8. Apodaca, Alfonso | 30. de Leon, Juan |
| 9. Apodaca, Saul | 31. de Leon, Manuel |
| 10. Aquino-Vides, Julio Cesar | 32. de Leon-Imul, Juan Carlos |
| 11. Arana, Margarito | 33. del Val Juarez, Ambrocio |
| 12. Arita, Oscar | 34. Fernandez-Saucedo, Fermin |
| 13. Arriaga, Salvado | 35. Figueroa, Oscar |
| 14. Arriza, Jose Luiz | 36. Figueroa, Oscar Armando |
| 15. Avitia, Pedro | 37. Franco, Miguel |
| 16. Ayala, Joel | 38. Garcia, Pedro |
| 17. Ayala, Raquel | 39. Garcia-Solis, Braulio Waldemar |
| 18. Batres-Pu, Juan Humberto | 40. Gil, Alberto |
| 19. Bernier-Caraballo, Ramon | 41. Gonzalez, Alejandro |
| 20. Carillo-Pu, Christian | 42. Gonzalez, Carlos |
| 21. Castaneda, Emanuel | 43. Gonzalez-Hurutia, Yevere Jorge |
| 22. Castaneda-Valerio, Edgar | 44. Guzman-Perez, Jose Andres |

| | |
|---|---|
| 45. Hernandez, Carlos A. | 68. Najera, Juan |
| 46. Hernandez, Genaro | 69. Noriega, Rodolfo |
| 47. Hernandez, Leonardo | 70. Pedroza-Tenorio, Ivan |
| 48. Hernandez-Rivas, Jose Israel | 71. Perez, Donovan |
| 49. Imul, Juan | 72. Perez, Everaldo |
| 50. Ixtacuy-Romero, Bernardino | 73. Perez, Gamaliel |
| 51. Lone-Dubon, Hector Salvador | 74. Perez, Robeto |
| 52. Lopez, Fernando | 75. Perez-Guerra, Josue Edilberto |
| 53. Lopez, Jose Antonio | 76. Perez-Guerra, Selvin Donelci |
| 54. Lopez de Leon, Luis Alberto | 77. Perez-Lopez, Heraldo Gudiel |
| 55. Lucas, Francisco-Pascual | 78. Perez-Ramirez, Victor Manuel |
| 56. Lucas, Juan Pascual | 79. Pineda-Mireles, Carlos Cesar |
| 57. Lugo, Daniel | 80. Pineda-Mireles, Jose Osbaldo |
| 58. Lugo, Hector | 81. Pinto, Franklin |
| 59. Maradiaga-Alvarez, Anibal | 82. Pinto-Guillen, Julio Cesar |
| 60. Martinez, Francisco | 83. Quevedo, Carlos |
| 61. Martinez, Jose A. | 84. Quinonez, Victor Manuel |
| 62. Martinez-Paramo, Rene | 85. Ramirez, Juan Carlos |
| 63. Medina-Alejandro, Tomas | 86. Ramirez, Roberto |
| 64. Morales, Ruben | 87. Ramirez-Lemus, Nelson Francisco |
| 65. Morales, William Eliceo | 88. Ramirez-Vasquez, Alvaro |
| 66. Munoz, Helmer Enrique | 89. Reyes, Marcelino |
| 67. Nagera-Figueroa, Abraham O. | 90. Reyes-Carmona, Jorge |

| | |
|---|---|
| 91. Reyez-Carmona | 102. Sanchez-Sepulveda, Ernesto |
| 92. Rios, Claudio | 103. Sandoval, Roman |
| 93. Rodriguez, Alexis | 104. Saucedo-Gallegos, Jr., Juan |
| 94. Rojas, Michael Lewis | 105. Somastre-Trejo, Adaris |
| 95. Romero-Barrios, Gregorio Heriberto | 106. Soto, Ignacio |
| 96. Salas, Alfonso | 107. Valenciano, Jose Francisco |
| 97. Salas-Ortiz, Juan Lorenzo | 108. Vargas-Castillo, Cecilia |
| 98. Salas-Ortiz, Miguel Angel | 109. Viana-Osorio, Helder M. |
| 99. Salgado-Quintana, Jose A | 110. Vividor-Vasquez, Jonathan |
| 100. Sanchez, Jose | 111. Wong-Ramirez, Luis Guillermo |
| 101. Sanchez-Maldonado, Omar J. | 112. Yos, Gustavo |